# EXHIBIT 1-A

UAX Reductions 2015
Frequently Asked Questions
Confidential

### Frequently Asked Questions (FAQs)
*The Questions and Answers below describe our intentions and are not guarantees.*

*These FAQs are intended to provide information for HR and Managers during discussions with staff.*

#### Business Specific Questions

**1. Why is UAX reducing staff?**
This decision is a result of looking at a lower activity level in UAX as well as the fact that despite efforts across UAX to reduce costs while safely executing our business plan, the organization is not where it needs to be to deliver value to our shareholders over the next few years.
There's no mystery behind this -- when you combine the continued low oil prices and our costs compared to competitors, we continue to make some tough decisions to allow us to create a truly competitive organization.
Additional info:
We are drilling less exploration wells and seismic demand is down across the LoB's.

**2. Is this driven by a cost target or a head-count target? (As some staff are more expensive than others).**
When you combine the continued low oil prices and our costs compared to competitors, we continue to make some tough decisions to allow us to create a truly competitive organization. That said, it is important to us to look at both the costs and capabilities that are needed to take this organization forward. Reduced activity levels are influencing our staff count however we need to be sure we have the right capability in place to deliver now and in the future.

**3. What is being done in UIX and across UA? Is there a consistent approach across the LoBs?**

**4. Will there be another staff cut after the BG merger?**

**5. Why wait so long to make reductions versus other companies?**

**6. Why did we announce without having all the details?**        REDACTED

**7. Are Graduates (NTPs) in scope?**

UAX Reductions 2015
Frequently Asked Questions
Confidential

**HR General:**

8. Will severances (packages) be offered?

9. Why are there some vacancies posted in MOR when reductions are taking place?

10. What method is used to determine who will be impacted?
We will be looking at a number of factors, leading off with performance, capabilities, work you are engaged in. There may also be areas where we re-design parts of the organization in order to achieve more efficiency, aligned with activity levels. Decisions will be made on a combination of these factors.

11. While I wait to know if I am impacted, what should I do in the meantime?

12. How can an employee access services through the Employee Assistance Program?

REDACTED

UAX Staff Reduction Key Messages and Leader Discussion Guide – June 2015
MOST CONFIDENTIAL – FOR INTERNAL USE ONLY – NOT FOR FURTHER DISTRIBUTION OR FORWARDING

*The messages below capture the key points of the UAX staff reduction planning. Leaders should build these messages into their own narrative when engaging with staff, and look for opportunities to customize by adding examples relevant to their teams. Suggestions to help build the conversation are inserted throughout the guide.*

### What is happening?
UAX will reduce activity by 10-20% which will impact our staff levels.

### Case for Change
Despite efforts across UAX to reduce costs while safely executing our business plan,
the organization is not where it needs to be to deliver value to our
shareholders over the next few years.

- There's no mystery behind this – when you combine the continued low oil prices and our costs compared to competitors, we continue to make some tough decisions to allow us to create a truly competitive organization.
- When you couple this with lower activity levels the staff level has to be reduced.

### What does this mean for me?
The UAX Leadership Team will be assessing the level of staff needed to execute our exploration and appraisal plans into the future. This means not only the **number** of people but the right **capabilities** to take this organization forward. Based on the current activity level projected to reduce by 10-20% over the next few years, staffing levels will be impacted - and I cannot say today where that number will land at the end of the day.

- Over the next month, we will be reviewing performance and capabilities to ensure we retain the talent needed
- We hope this process will be relatively short – as we know that this reduction can cause stress to employees – **but** – we also need to "get it right" and will take the necessary time to ensure it is done so.
- Staff will know additional details, through their managers, by mid to late July.
- I will be communicating with you as frequently as I can.
- I ask each of you to keep yourselves and each other safe during this transition; and ensure that everything we do is done with safety in mind.

### Questions you may have

REDACTED

### Path Forward