# EXHIBIT 1-B

| Name | Dept. | SP No. | Ref. Ind. | Salary Group | IPF | IPF-1 | IPF-2 | PSP | PSP-1 | PSP-2 | Low Performance Flag | Supervisor | Selected for Consideration | Average IPF | Number Affected #RIF! | Percentage of GGDM #RIF! |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | IPF Threshold 0.8 | IPF-1 Threshold 0.8 | IPF-2 Threshold 0.9 | | | | | | | | | |
| REDACTED | Data Mgt | 191526 | UAX/Y/DP | S | 1.3 | 1.3 | 1.1 | Y | N | N | | 0 Holland, Dave | | 1.233333 | | |
| | Data Mgt | 147579 | UAX/Y/DC | | 1.3 | 1.2 | 1.1 | N | N | N | | 0 Huber, Allan | | 1.2 | | |
| | Data Mgt | 10842988 | UAX/Y/DP | | 1.2 | 1.3 | 1.1 | N | N | N | | 0 Holland, Dave | | 1.2 | | |
| | Data Mgt | 124099 | UAX/Y/DW | | 1.3 | 1.2 | 1.1 | N | N | N | | 0 Romero, Hector | | 1.2 | | |
| | Data Mgt | 133211 | UAX/Y/DC | | 1.3 | 1.3 | 1 | N | N | N | | 0 Huber, Allan | | 1.2 | | |
| | Data Mgt | 10832275 | UAX/Y/DS | | 1.2 | 1.3 | 1.1 | N | N | N | | 0 Meek, Jenice | | 1.2 | | |
| | Data Mgt | 213111 | UAX/Y/DS | | 1.2 | 1.2 | | N | N | | | 0 Meek, Jenice | | 1.2 | | |
| | Data Mgt | 190940 | UAX/Y/DC | | 1.3 | 1.2 | 1 | Y | N | N | | 0 Huber, Allan | | 1.166667 | | |
| | Data Mgt | 10173239 | UAX/Y/DP | | 1 | 1.2 | 1.2 | N | Y | N | | 0 Holland, Dave | | 1.133333 | | |
| | Data Mgt | 10537204 | UAX/Y/DS | | 1 | 1.1 | 1.3 | N | Y | N | | 0 Fleischmann, Karl | | 1.133333 | | |
| | Data Mgt | 197124 | UAX/Y/DC | | 1.2 | 1.1 | 1.1 | N | N | N | | 0 Huber, Allan | | 1.133333 | | |
| | Data Mgt | 10830539 | UAX/Y/DW | | 1 | 1.3 | 1.1 | N | N | N | | 0 Romero, Hector | | 1.133333 | | |
| | Data Mgt | 139969 | UAX/Y/DC | | 1.1 | 1.1 | 1.1 | Y | N | N | | 0 Fleischmann, Karl | | 1.1 | | |
| | Data Mgt | 180691 | UAX/Y/DP | | 1 | 1.2 | 1.1 | N | N | N | | 0 Holland, Dave | | 1.1 | | |
| | Data Mgt | 218771 | UAX/Y/DP | | 1.3 | 0.9 | | N | N | | | 0 Holland, Dave | | 1.1 | | |
| | Data Mgt | 215437 | UAX/Y/D | | 1.1 | 1.1 | | N | N | | | 0 Fleischmann, Karl | | 1.1 | | |
| | Data Mgt | 10830270 | UAX/Y/DT | | 1.2 | 1.1 | 1 | N | N | N | | 0 Meith, Robert | | 1.1 | | |
| | Data Mgt | 195969 | UAX/Y/DW | | 1.1 | 1.2 | 1 | N | N | N | | 0 Romero, Hector | | 1.1 | | |
| | Data Mgt | 102001 | UAX/Y/DS | | 1.3 | 1 | 1 | N | N | N | | 0 Meek, Jenice | | 1.1 | | |
| | Data Mgt | 200478 | UAX/Y/DS | | 1.3 | 1 | 1 | N | N | N | | 0 Meek, Jenice | | 1.1 | | |
| | Data Mgt | 151513 | UAX/Y/DW | | 1.1 | 1 | 1.1 | Y | N | N | | 0 Romero, Hector | | 1.066667 | | |
| | Data Mgt | 174140 | UAX/Y/D | | 1.2 | 0.9 | 1 | N | N | N | | 0 Fleischmann, Karl | | 1.033333 | | |
| | Data Mgt | 10175939 | UAX/Y/DW | | 0.9 | 1.2 | 1 | N | Y | N | | 0 Romero, Hector | | 1.033333 | | |
| | Data Mgt | 88517 | UAX/Y/DP | | 1 | 1.1 | 1 | N | N | N | | 0 Holland, Dave | | 1.033333 | | |
| | Data Mgt | 196284 | UAX/Y/DC | | 1 | 1.1 | 1 | N | N | N | | 0 Huber, Allan | | 1.033333 | | |
| | Data Mgt | 201481 | UAX/Y/DC | | 1.1 | 1.1 | 0.9 | N | N | N | | 1 Huber, Allan | | 1.033333 | | |
| | Data Mgt | 103097 | UAX/Y/DT | | 1.1 | 0.9 | 1 | N | N | N | | 0 Meith, Robert | | 1 | | |
| | Data Mgt | 208795 | UAX/Y/DP | | 1 | 1 | | N | N | | | 0 Holland, Dave | | 1 | | |
| | Data Mgt | 206432 | UAX/Y/DC | | 1.1 | 1 | 0.9 | N | N | N | | 1 Huber, Allan | | 1 | | |
| | Data Mgt | 186148 | UAX/Y/DC | | 0.9 | 1 | 1.1 | N | N | Y | | 0 Huber, Allan | | 1 | | |
| | Data Mgt | 135755 | UAX/Y/DC | | 1.1 | 0.9 | 1 | N | N | N | | 0 Huber, Allan | | 1 | | |
| | Data Mgt | 10830228 | UAX/Y/DS | | 1 | 1 | 1 | N | N | N | | 0 Meek, Jenice | | 1 | | |
| | Data Mgt | 109776 | UAX/Y/DP | | 0.9 | 0.9 | 1.1 | N | N | N | | 0 Holland, Dave | | 0.966667 | | |
| | Data Mgt | 133826 | UAX/Y/DS | | 0.9 | 1 | 1 | N | N | N | | 0 Meek, Jenice | | 0.966667 | | |
| | Data Mgt | 10070178 | UAX/Y/DP | | 1 | 0.9 | 1 | N | N | N | | 0 Fleischmann, Karl | | 0.966667 | | |
| | Data Mgt | 83698 | UAX/Y/DT | | 1 | 1 | 0.9 | N | N | N | | 1 Fleischmann, Karl | | 0.966667 | | |
| | Data Mgt | 193668 | UAX/Y/DC | | 1 | 1 | 0.9 | N | N | N | | 1 Huber, Allan | | 0.966667 | | |
| | Data Mgt | 218015 | UAX/Y/DC | | 1.1 | 0.8 | | N | N | | | 1 Huber, Allan | | 0.95 | | |
| | Data Mgt | 221403 | UAX/Y/DP | | 1 | 0.9 | | N | N | | | 0 Holland, Dave | | 0.95 | | |
| | Data Mgt | 196024 | UAX/Y/DW | | 1 | 0.9 | 0.9 | N | N | N | | 1 Romero, Hector | | 0.933333 | | |
| | Data Mgt | 209538 | UAX/Y/DW | | 0.9 | 0.9 | 0.9 | N | N | N | | 1 Romero, Hector | | 0.9 | | |
| | Data Mgt | 108788 | UAX/Y/DT | | 1 | 0.8 | 0.9 | N | N | N | | 2 Meith, Robert | | 0.9 | | |
| | Data Mgt | 10831087 | UAX/Y/DW | | 0.8 | 0.9 | 1 | N | N | N | | 1 Romero, Hector | 1 | 0.9 | | |
| | Data Mgt | 10159497 | UAX/Y/DS | | 0.9 | 0.9 | 0.9 | N | N | N | | 1 Meek, Jenice | 1 | 0.9 | | |
| | Data Mgt | 216845 | UAX/Y/D | | 0.9 | 0.9 | | N | N | | | 0 Fleischmann, Karl | | 0.9 | | |
| | Data Mgt | 10183301 | UAX/Y/DW | | 0.8 | 0.9 | 1 | N | N | N | | 1 Romero, Hector | 1 | 0.9 | | |
| | Data Mgt | 208000 | UAX/Y/DC | | 0.8 | 1 | 0.9 | N | N | N | | 2 Huber, Allan | 1 | 0.9 | | |
| | Data Mgt | 220971 | UAX/Y/DP | | 0.9 | 0.8 | | N | N | | | 1 Holland, Dave | 1 | 0.85 | | |
| | Data Mgt | 220254 | UAX/Y/DW | | 0.8 | 0.9 | | N | N | | | 1 Romero, Hector | 1 | 0.85 | | |
| | Data Mgt | 216312 | UAX/Y/DC | | 0.9 | 0.8 | | N | N | | | 1 Huber, Allan | 1 | 0.85 | | |
| | Data Mgt | 214311 | UAX/Y/DS | | 0.9 | 0.8 | | N | N | | | 1 Meek, Jenice | 1 | 0.85 | | |
| Pheigaru, Shelly | Data Mgt | 199920 | UAX/Y/DW | 7 | 0.7 | 0.8 | 0.9 | N | N | N | | 3 Romero, Hector | 1 | 0.8 | | |
| | Data Mgt | 139139 | UAX/Y/DC | | 0.5 | 0.9 | | N | N | | | 1 Huber, Allan | Manage out | 0.7 | | |

ACCESS RESTRICTED USDC SDTX

EXHIBIT 1-B

SEPCo PHEIGARU - 000343