# EXHIBIT 3-A

```
                              GPA 2012.txt
1. Business Goals


1. HSSE:


•Goal Zero:  No incidents at work or home.

•Maintain a healthy lifestyle at work and at home by joining a
gym and exercising on a regular basis.

•Attend at least two (2) HSSE events and activities sponsored by
UA Geophysics by December 31st, 2012.

•Attend Safety Day in Q2 and become First Aid/AED/CPR trained by
Q4

•Actively monitor my own stress levels, and keep close control
on work-life balance.

        oAll vacation days accounted for by December 31st, 2012.

        oAll absences timely recorded in both personal and team
calendars.


2. Business Goals:


-Corporate Data Management:

    -Ensure that all wells assigned to me are properly archived
and attainable within ten (10) business days

    -Participate in training events and learning programs that
will increase my proficiency and knowledge with applications
require for my job

        -Recall class by Q2 2012

        -Power Explorer class by Q3 2012

        -Exposure to ADT training


-Corporate Data Management:  Foundational Training
                              Page 1
```

ACCESS RESTRICTED USDC SDTX               SEPCo PHEIGARU - 000290

EXHIBIT 3-A

```
                              GPA 2012.txt
        -Improve concepts used in Corporate Data Management and
Discipline Knowledge

            -Attend Data Management 101 class in October 2012

            -Complete Intro to Petrophysics by Q2 2012

        -Actively involved in cross training of new team members

             -Meet at least two (2) times a week to share best
practices with new Corporate Data Management staff


Performance Summary:


1. Business Goals


1. HSSE:


• Goal Zero:  No incidents at work or home.


• Maintain a healthy lifestyle at work and at home by joining a
gym and exercising on a regular basis.

• Attend at least two (2) HSSE events and activities sponsored
by UA Geophysics by December 31st, 2012.

            • Attended UAXC Quarterly Safety Meeting on Personal
Safety on 7/24/2012

            • Attended UAXC Safety Meeting-Healthy eating and exercise

• Attend Safety Day in Q2 and become First Aid/AED/CPR trained
by Q4

            • Attended Safety Day on 6/6/2012

            • Became First Aid/AED/CPR certified on 10/15/2012

• Actively monitor my own stress levels, and keep close control
on work-life balance.

                                Page 2
```

ACCESS RESTRICTED USDC SDTX                    SEPCo PHEIGARU - 000291

EXHIBIT 3-A

```
                            GPA 2012.txt
         o All vacation days accounted for by December 31st, 2012.

         o All absences timely recorded in both personal and team
calendars.


2. Business Goals:


Corporate Data Management:

     -Ensure that all wells assigned to me are properly archived
and attainable within ten (10) business days

     -Participate in training events and learning programs that
will increase my proficiency and knowledge with applications
require for my job

         - Recall class by Q2 2012

             - Attended Recall Training 6/20/2012

         - Power Explorer class by Q3 2012

             - Attended Power Explorer Training 7/31/2012

         - Exposure to ADT training

             - Attended ADT training class 10/18/2012


Corporate Data Management:  Foundational Training

     - Improve concepts used in Corporate Data Management and
Discipline Knowledge

         - Attend Data Management 101 class in October 2012

             - Attended DM101 in Calgary October 22-26, 2012

         - Complete Intro to Petrophysics by Q2 2012

             - Completed Intro to Petrophysics on June 12,
2012

                            Page 3
```

ACCESS RESTRICTED USDC SDTX               SEPCo PHEIGARU - 000292

EXHIBIT 3-A

```
                            GPA 2012.txt
       - Actively involved in cross training of new team members

         - Meet at least two (2) times a week to share best
practices with new Corporate Data Management staff
```

Page 4

ACCESS RESTRICTED USDC SDTX                    SEPCo PHEIGARU - 000293

EXHIBIT 3-A