# EXHIBIT 3-B

Final Appraisal 2012.txt
Shelly joined Shell and Well Data Management in June of 2012, and right from the start, she has shown a lot of energy about consistency across work processes and documentation. She has been in charge of keeping all Standard Operating Procedures up to date, working with all the members of the Corporate Data Archive section, and the technical writer.

Shelly played a key role in the onboarding and crosstraining all new junior contractors joining the team, demonstrating great technical capability and leadership. She also worked with several senior members of the team on developing a new workflow to archive Borehole Images, taking into account global standards and steer from a local subject matter expert.

I have to recognize her efforts to becoming an expert using Recall, spending time with more experience log managers, and application support personnel. I encourage Shelly on keep working on her training to ensure she increase her foundational knowledge, while improving her level of expertise with other tools in the data management portfolio.

H. Romero.

Page 1

ACCESS RESTRICTED USDC SDTX          SEPCo PHEIGARU - 000298

EXHIBIT 3-B