# EXHIBIT 3-C

GPA 2013.txt

1. HSSE:

• Goal Zero:  No incidents at work or home.

• Maintain a healthy lifestyle at work and at home by joining a gym and exercising on a regular basis.

• Attend at least five (5) HSSE events and activities sponsored by UA Geophysics by December 31st, 2012.

• Continue working with 6th floor safety team to promote safety at work

• Actively monitor my own stress levels, and keep close control on work-life balance.

    o All vacation days accounted for by December 31st, 2013.

    o All absences timely recorded in both personal and team calendars.

2. Business Goals:

- Operational Efficiency:

- Ensure that all wells assigned to me are properly archived and attainable within ten (10) business days

    - Actively involved in cross training of new team members

    - Meet at least two (2) times a week to share best practices with new Corporate Data Management staff

- Log Data:

- Participate in training events and learning programs that will increase my proficiency and knowledge with applications require for my job

    - Recall Automated Verification Engine (RAVEN) Training by Q3 2013

    - Learning the application and implementing RAVEN into my

Page 1

ACCESS RESTRICTED USDC SDTX

EXHIBIT 3-C

SEPCo PHEIGARU - 000294

GPA 2013.txt

daily loading techniques

- Other Projects:

- RAVEN Training by Q3 2013

- Open Works training by Q2 2013

- Geology training course by Q4 2013

Page 2

ACCESS RESTRICTED USDC SDTX         SEPCo PHEIGARU - 000295
EXHIBIT 3-C