# EXHIBIT 3-F

## 2013 Individual Performance Review Feedback Template

*The Shell Ranking Criteria is used to determine one's relative performance within a ranking population.*

**Employee Name**   Pheigaru, Shelly          **Salary Grade**  7    **Supervisor Name**  Romero, Hector

| Summarize Performance for each of the 3 Ranking Criteria (Include specific examples as evidence) |
|---|
| 1) GPA – Individual performance against agreed to targets in GPA.<br><br>Shelly achieved her goals in 2013 as expected. She joined the EPC 6th Floor Safety Team, and was involved in the preparation of Safety Day 2013, and in the delivery of the Q3 Safety event sponsored by GGDM. She has been working very diligently on managing her work load, and keeping her performance metrics within target. There were some challenges around dealing with multiple, staged delivery of the same data types, and how it affected her metrics, but after the mid-year review, the situation was resolved. During the performance conversations in the summer, she requested to be included in a project beyond her normal duties as a data technician. We selected her to support the process of documenting Log and Curve Data Quality Business Rules to be used by RAVEN, an application specially designed to measure and report quality on Recall content. After some initial struggles, she is in the path to deliver what is expected by year end. |
| 2) Demonstrated Behaviors – Code of Conduct, Leadership Attributes, Core Values, Shell Business Principles and Behavioural Imperatives. This should be a measure of how well the employee demonstrated the aforementioned behaviours and worked with other key stakeholders.<br><br>While Shelly is authentic and exhibits strong values and believes, there are some opportunities to develop when it comes to express her own views and opinions with consideration to others. She has a strong personality that could be perceived as confrontational by team mates less vocal. I would like to see her stretching a little beyond her own role, with more curiosity about what is done externally in terms of innovation in our side of the business. Also, I would like to see her embracing and dealing with change more effectively, especially when we are dealing with a lot of data that doesn't comply with delivery standards, for wells non-operated by Shell. |
| 3) Contribution to Business Goals – The measure of how much an employee contributed to meeting the overall UA Geophysics/Geomatics/Data Management business goals per the Business Plan.<br><br>Shelly is fully committed to HSSE, and has joined the Safety Team. She participated in the Value Stream Map Event, and has collaborated in disseminating LEAN concepts in the Corporate Data Archival Section. |
| 4) Additional Comments from ranking session. |

Keep this page for reference when you meet to review IPF results with your employees in Jan/Feb 2014.

ACCESS RESTRICTED USDC SDTX

EXHIBIT 3-F

SEPCo PHEIGARU - 000301