# EXHIBIT 3-H

GPA 2014.txt

1. Business Goals

1. HSSE:

•Promote Goal Zero: No incidents have occurred at work or home

•Maintain a healthy lifestyle at work and at home by exercising
on a regular basis.

•Attend at least five (5) HSSE events and activities sponsored
by UA Geophysics by December 31, 2014. #Missed 2 HSSE events
while on maternity leave

•Continue working with 6th Floor Safety Team to promote safety
at work. Carry over to new building F on the 10th floor

•To ensure that my stress levels remain low, I regularly
exercise and take cycle classes.  I also walk my dogs every
other day to promote health for them and myself

2. Business Goals:

Operational Efficiency:

•Ensure that all wells assigned to me are properly archived and
attainable within ten (10) business days.

•Actively involved in cross training of new team members.

#We haven't had any new team members join the team recently

•Meet at least two (2) times a week to share best practices with
new Corporate Data Management staff.  #We meet every other week
or so (informally or in a structured meeting)

•Collaborate with DT&C monthly reviewing workflows and best
practices

•User acceptance testing and training for new version of Recall
by end of Q2 (DREAM)

•Cross Train with Luke to take over his role in Surveillance by
the end of Q4

Page 1

EXHIBIT 3-H

GPA 2014.txt

#Ensure that newly spudded wells and TD dates/depths are updated
in jtrac and CDS within 30 days


Log Data:


•Participate in training events and learning programs that will
increase my proficiency and knowledge with applications require
for my job


Other Projects:

•Attend Geology for non geologist training by Q4 2014

•Attend Safety Intervention Workshop by Q3

•Participate in Hazard Hunt by end of Q3

•Attend CPR & First Aid Training by end of Q3

•Transition to take over the role of Surveillance by Q4

ACCESS RESTRICTED USDC SDTX          SEPCo PHEIGARU - 000297
EXHIBIT 3-H