# EXHIBIT 3-I

Final Appraisal 2014.txt

Shelly has achieved most of her goals in 2014.  Shelly is fully committed to HSSE, and is a volunteer on the Building F 10th floor Safety Team. She is also a key contributor to data loading activities on the CDA team.  Shelly helps with training of the WDM's contract data loading staff and works to share best practices across the entire CDA team.

Honesty and integrity are some of Shelly's strongest traits. She has shown some leadership attributes through training new members of the CDA team.  She communicates well with others outside the team and regularly works with the DT&C team.  For training in 2014, she took a petro skills class in October, Basic Petroleum Geology.

Shelly needs to focus more on the goals she committed to. Some of her more recent work is outside of set KPI's for all of WDM. Her workload is smaller than many of her peers and she still has challenges delivering against targets.   Her performance has declined in 2014.  At the end of 2014, we reassigned Shelly to handle surveillance activities for WDM. This should challenge her technically and give her a fresh start in a different area of WDM.

Specific areas for improvement: Be more proactive in seeking training opportunities.  Shelly needs to work on delivery of her daily activities and focus more on assigned tasks.  Shelly also needs to work on more effective listening, I notice she is often distracted during team meetings and not paying attention when others are speaking.  We have just assigned her new surveillance activities in an effort to give her a chance to do something different.

Page 1

ACCESS RESTRICTED USDC SDTX

SEPCo PHEIGARU - 000300

EXHIBIT 3-I