# EXHIBIT 3-J

## 2014 Individual Performance Review Feedback Template

*The Shell Ranking Criteria is used to determine one's relative performance within a ranking population.*

**Employee Name** Pheigaru, Shelly    **Salary Grade** 7    **Supervisor Name** Petit, Randy

| Summarize Performance for each of the 3 Ranking Criteria (Include specific examples as evidence) |
|---|
| 1) **GPA** – Individual performance against agreed to targets in GPA. Were HSSE and Training Targets met. <br><br>Shelly has achieved most of her goals in 2014. She has been working very diligently on managing her work load, and keeping her performance metrics close to target. Some of her more recent work is outside of set KPI's for all of WDM. Shelly has helped with training many of the WDM's contract data loading staff and works to share best practices across the entire CDA team.<br><br>Shelly needs to focus more on the goals she committed to. Her workload is smaller than many of her peers and she still has challenges delivering against targets. Her performance has declined throughout 2014.<br><br>HSSE and Training Targets should be met: Shelly is a member of the EPC F10th Floor Safety Team and attended HSSE events. She is taking a petro skills class in October, Basic Petroleum Geology. |
| 2) **Demonstrated Behaviors** – Code of Conduct, Leadership Attributes, Core Values, Shell Business Principles and Behavioural Imperatives. This should be a measure of how well the employee demonstrated the aforementioned behaviours and worked with other key stakeholders.<br><br>Honesty and integrity are some of Shelly's strongest traits. She has shown some leadership attributes through training new joiners to the CDA team. She communicates well with others outside the team.<br><br>Specific areas for improvement: Be more proactive in seeking training opportunities. Shelly needs to work on delivery of her daily activities and focus more on assigned tasks. Shelly also needs to work on more effective listening, I notice she is often distracted during team meetings and not paying attention when others are speaking. We have just assigned her new surveillance activities in an effort to give her a chance to do something different. |
| 3) **Contribution to Business Goals** – The measure of how much an employee contributed to meeting the overall UA Geophysics/Geomatics/Data Management business goals per the Business Plan.<br><br>Shelly is fully committed to HSSE, and has joined the Safety Team. She has been a key contributor to data loading activities. |
| 4) Additional Comments from ranking session. |