# EXHIBIT 3-K

| | |
|---|---|
| **From:** | Petit, Randy F SEPCO-UAX/Y/DW |
| **Sent:** | Sunday, June 14, 2015 8:58 PM |
| **To:** | Fleischmann, Karl H SEPCO-UAX/Y/D |
| **Subject:** | GAP / Staff comments |
| **Attachments:** | 2015 Mid-Year Comments.docx; Petit GPA 2015.docx |

As requested for our 1-2-1 tomorrow.

**Randy Petit**
Team Lead, Well Data Management
Shell Exploration & Production Company
One Shell Square, P. O. Box 61933, New Orleans, LA 70161-1933, United States of America
**Office Tel:** +1 504 425 7656
**Email:** randy.petit@shell.com

1

Redacted

ACCESS RESTRICTED USDC SDTX

SEPCo PHEIGARU - 000218

EXHIBIT 3-K

Redacted

ACCESS RESTRICTED USDC SDTX  SEPCo PHEIGARU - 000219

EXHIBIT 3-K

Redacted

**Shelly Pheigaru**

Shelly understands the need for improvement after a disappointing 2014. Taking on some new responsibilities in 2015, she has shown steady progress towards improving her performance. Throughout the first qtr of 2015, we met weekly to status her workload and deliverables. I have been satisfied with her progress throughout the qtr. Shelly was able to catch up on behind schedule data loading tasks and is starting to show progression on multiple tasks assigned to her. This needs to continue without weekly interaction. I have asked Angelica Medrano to mentor Shelly in 2015.

Shelly does need to follow proper time recording and reporting practices. Exceptions need to be recorded in a timely manner, without a reminder from me. Expense statements and supporting documentation also needs to be submitted in a timelier manner.

ACCESS RESTRICTED USDC SDTX                    SEPCo PHEIGARU - 000220
EXHIBIT 3-K

Redacted

ACCESS RESTRICTED USDC SDTX          SEPCo PHEIGARU - 000221

EXHIBIT 3-K