# EXHIBIT 3-L

| | |
|---|---|
| **From:** | Petit, Randy F SEPCO-UAX/Y/DS |
| **Sent:** | Monday, November 03, 2014 10:14 AM |
| **To:** | Pheigaru, Shelly L SEPCO-UAX/Y/DW |
| **Subject:** | RE: Vacation |
| **Attachments:** | Vacation; RE: WDM Transition |

You need to improve your own tracking of this as well as be timelier with reporting your exceptions. This affects your paystubs and should be done within a few days of recording the exception. See attached, you requested 2 ½ days. Randy

**From:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Sent:** Monday, November 03, 2014 9:00 AM
**To:** Petit, Randy F SEPCO-UAX/Y/DS
**Subject:** RE: Vacation

Nevermind. I just looked at my calendar and I did take a vacation day on August 29th. I'll record that now. Sorry about that

**From:** Petit, Randy F SEPCO-UAX/Y/DS
**Sent:** Monday, November 03, 2014 8:31 AM
**To:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Subject:** Vacation

Shelly, is there a reason you have not recorded any of your vacation in August and September? According to the report, nothing was recorded.

**Randy Petit**
Data Systems Integration
Shell Exploration & Production Company
One Shell Square, P. O. Box 61933, New Orleans, LA 70161-1933, United States of America
**Office Tel:** +1 504 425 7656
**Mobile Tel:** + 1 504 210 6967
**Email:** randy.petit@shell.com

1

**From:** Shelly.Pheigaru@shell.com
**Sent:** Thursday, January 15, 2015 9:07 AM
**To:** Randy.Petit@shell.com
**Subject:** RE: Sick

Randy

Sorry about that. I just added it as well as my sick day from yesterday.

-----Original Message-----
From: Petit, Randy F SEPCO-UAX/Y/DW
Sent: Wednesday, January 14, 2015 10:36 AM
To: Pheigaru, Shelly L SEPCO-UAX/Y/DW
Subject: RE: Sick

Shelly,

This was not recorded in HR Online.

Randy

-----Original Message-----
From: Shelly pheigaru [mailto:shellypheigaru@gmail.com]
Sent: Tuesday, December 02, 2014 7:29 AM
To: Heying, Stephen M SEPCO-UAX/Y/DW; Petit, Randy F SEPCO-UAX/Y/DS
Subject: Sick

Hi Steve and Randy

With the huge weather change in Houston, I have been up sick with a migraine. I'm going to take today as a sick day so hopefully I can shake this thing. I will get someone to write it on my cube for anyone looking for me.

-Shelly

Sent from my iPhone

1

ACCESS RESTRICTED USDC SDTX          SEPCo PHEIGARU - 000184
EXHIBIT 3-L

**From:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Sent:** Monday, May 18, 2015 9:26 AM
**To:** Petit, Randy F SEPCO-UAX/Y/DW
**Subject:** RE: Working from home this afternoon

This should now be recorded.

-Shelly

**From:** Petit, Randy F SEPCO-UAX/Y/DW
**Sent:** Monday, May 11, 2015 8:44 AM
**To:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Subject:** RE: Working from home this afternoon

This is still not recorded.  Please fix asap when you return.  Randy

**From:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Sent:** Monday, April 27, 2015 8:20 AM
**To:** Petit, Randy F SEPCO-UAX/Y/DW
**Subject:** RE: Working from home this afternoon

Yes that's what I did.  I'm putting it in HR online now.

**From:** Petit, Randy F SEPCO-UAX/Y/DW
**Sent:** Thursday, April 23, 2015 8:12 PM
**To:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Subject:** RE: Working from home this afternoon

So ½ day vacation and the rest from home?

**From:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Sent:** Thursday, April 23, 2015 1:19 PM
**To:** Petit, Randy F SEPCO-UAX/Y/DW
**Subject:** Working from home this afternoon

Hey Randy

My MIL has been here for the last 2 hours while I've been working.  Thanks for letting me work from home.  I'm going to schedule some time on Monday or Tuesday with you for our 1 to 1.  Any preference of days?

Thanks

ACCESS RESTRICTED USDC SDTX    SEPCo PHEIGARU - 000205
EXHIBIT 3-L

**From:** Petit, Randy F SEPCO-UAX/Y/DW
**Sent:** Wednesday, June 10, 2015 8:15 AM
**To:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Subject:** RE: Vacation

None of this is recorded

**From:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Sent:** Tuesday, March 31, 2015 1:12 PM
**To:** Petit, Randy F SEPCO-UAX/Y/DW
**Subject:** Vacation

Randy

I remember us speaking about my Hawaii trip in May, but I'm not sure if I put it in writing. I'll be out of the office from May 6 and returning on May 18. I am putting it on the calendar right now, but I wanted to make sure that I told you the exact days.

Thanks!

| | |
|---|---|
| **From:** | Pheigaru, Shelly L SEPCO-UAX/Y/DW |
| **Sent:** | Wednesday, June 10, 2015 8:50 AM |
| **To:** | Petit, Randy F SEPCO-UAX/Y/DW |
| **Subject:** | RE: Exception Reporting |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Randy

I'll do that now. Sorry about that. It's all up to date now.

Thanks

**From:** Petit, Randy F SEPCO-UAX/Y/DW
**Sent:** Wednesday, June 10, 2015 8:19 AM
**To:** Pheigaru, Shelly L SEPCO-UAX/Y/DW
**Subject:** Exception Reporting

Shelly,

You have to be more proactive recording your exceptions. Each month I have to follow up to ask you to record missed time. Please put a reminder on your calendar to do this weekly. Going forward I expect all exceptions to be recorded by the 1st or 2nd working day of the next month.

**Randy Petit**
Team Lead, Well Data Management
Shell Exploration & Production Company
One Shell Square, P. O. Box 61933, New Orleans, LA 70161-1933, United States of America
**Office Tel:** +1 504 425 7656
**Email:** randy.petit@shell.com

1