# EXHIBIT 3-M

UA Staff Reduction Program 2015
Supervisor Scripts and Scenarios
Confidential

# Communication Script for Supervisors

> *Big Rules to keep in mind when delivering any of these messages*
>
> - Be prepared for the meeting (script) and FAQs that might apply
> - Personalize each script but don't deviate from key content
> - Hold the meeting in a neutral and private location
> - Be sure to listen carefully
> - Explore perception; be open and honest
> - Offer your assistance, keep an open door policy
> - Preserve dignity of all employees in all situations
> - Ensure you schedule sufficient time for the discussion

### General Guidance

Conversations with employees should occur with the **direct supervisor**.

Reaffirm the following message:

In light of the activity to simplify the organization and adjust the cost structure, the purpose of my conversation is to discuss how this will impact you. Please feel free to stop me at any time with any questions you may have.

**SELECT THE APPROPRIATE DISCUSSION**

**ON THE FOLLOWING PAGES**

Scenario 1: Confirm Individual will exit as a result of Performance Review
Scenario 2: Confirm individual's position is impacted and employee needs to post in MOR
Scenario 3: Employee is not impacted (mapped to current role)
Scenario 4: US - Expression of Interest in exiting with severance benefits
Scenario 5: Impacted Graduates (Gs ) and NTP (5s)  - not performance related
Scenario 6: Leave
Scenario 7: Transfer (employee placed/mapped to different role)
Scenario 8: Previously Planned Transfer

- 1 -

ACCESS RESTRICTED USDC SDTX    CONFIDENTIAL    SEPCo PHEIGARU - 000427
EXHIBIT 3-M

UA Staff Reduction Program 2015
Supervisor Scripts and Scenarios
Confidential

**Scenario 1: Confirm Individual will exit as a result of Performance Review**

*(HR Account Manager will schedule a separate and individual meeting with impacted staff to discuss severance details and help answering questions)*

The company undertook a review of staff with lower levels of sustained performance within each LoB. The general approach for identifying individuals for this review has been IPFs over the last 3 years and also competencies and skills against the company's short and long term needs. Based on your lower level of sustained performance your employment has been reviewed and it has been determined that your employment will be terminated with an offer of severance benefits.

*Provide time for questions, reaction.*

You will exit the payroll/workplace on:
- **In the *US*:**
  - Employees will exit payroll on 31 August (45 days after final notice)
  - Employees can be presented with the following options:
    a) waive their 45 days by formally informing the supervisor via email. HR should be contacted to provide details of the impacts of this decision and to formalize the agreement.
    b) Take vacation (accrued yet not taken)
    c) Work for the remaining 45 days
- You will not participate in the yearend MOR.

I acknowledge that this is very difficult news. Over the next few weeks it's important that all of us remain focused on performing our work safely. It's also important that we transition your duties to others effectively and I'll be asking you to prepare a transition plan. I also understand that you might have some unique needs during the next few weeks and I want to understand these and be as flexible and helpful as possible.

*PAUSE TO TAKE FEEDBACK*

Are there any other questions I can answer? My door is open and I encourage open communications as we move forward from this point. You are also welcome to contact your HR Account Manager with questions.

BACK -UP INFORMATION: As a result of our continuing efforts to enhance the competitiveness of our business and due to lower oil and natural gas prices, LoB leaders are developing plans and targets and taking action to reduce costs. Over the last couple of years, several LoBs have taken actions to improve competitiveness. However, to improve short-term and long-term financial performance and our competitive position compared to our peers, additional cost savings are needed and this will include staff reductions.

ACCESS RESTRICTED USDC SDTX    CONFIDENTIAL    SEPCo PHEIGARU - 000428
EXHIBIT 3-M