# EXHIBIT 5-A

| | |
|---|---|
| From: | Romero, Hector SIEP-PTW/D/PP |
| Sent: | Wednesday, October 22, 2014 5:25 PM |
| To: | Fleischmann, Karl H SEPCO-UAX/Y/D |
| Subject: | RE: EOY Follow-up |
| Attachments: | Performance Against KPI.xlsx; RE: Questions - Case Hole Project; RE: FW: Cased-hole Logs ; FW: Cased-hole Logs |
| Follow Up Flag: | Follow up |
| Flag Status: | Flagged |

Shelly:

As mentioned during the session, performance for Shelly is decreasing. I still suggest a formal Performance Discussion, but no PIP at this time. It has been discussed in front of the charts during her mid-year review, but no further documentation.

# Redacted

I firmly believe that all these behaviors are coachable.

I have discussed with Randy during the transition period, and believe that he supports the assessments.

Please let me know if you need anything else.

---

Hector A. Romero
Team Lead, Wells Engineering Support
Projects & Technology Wells - Deepwater

Shell International Exploration and Production, Inc.
200 N. Dairy Ashford, Houston, TX 77079, United States of America

**Tel:** +1-832-337-1002 (7-1002)
**Cel:** +1-281-536-0187
**Email:** Hector.Romero@shell.com

Per applicable service agreements.

1

**From:** Fleischmann, Karl H SEPCO-UAX/Y/D
**Sent:** Wednesday, October 22, 2014 8:33 AM
**To:** Romero, Hector SIEP-PTW/D/PP
**Subject:** EOY Follow-up

Hector-

When you get a chance today could you send me copies of whatever performance documentation you have for Shelly, Meeting invites, notes, whatever. I need to be able to document the performance gaps this year and have the evidence available that supports management of underperformance.

Thanks-

Karl

# Redacted

Source    SHELL

| Row Labels | Sum of Jan | Sum of Feb | Sum of Mar | Sum of Apr | Sum of May | Sum of Jun | Sum of Jul | Sum of Ago | Sum of Sep | Sum of Oct |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDED_VALUE | | | | | | 0 | 7 | 13 | | 12 |
| DIRECTIONAL_SURVEY | 11 | 4 | | | | | 12 | 9 | 19 | 2 |
| LWD_DIGITAL | 6.5 | | | | | | | | | |
| LWD_IMAGES | 6.5 | | | | 21 | | 8 | 4.5 | 17 | 2 |
| MUD_DIGITAL | 11 | 7 | | | | | | | | |
| MUD_IMAGES | 10.5 | 7 | | | | 2 | 0 | | | |
| WL_CH_IMAGES | | | | | | 2 | 20 | 5.5 | 19 | 2 |
| WL_OH_DIGITAL | 29 | | | | | 190 | | | | |
| WL_OH_IMAGES | 29 | | | | | | | | | |
| Grand Total | 103.5 | 18 | | | 21 | 194 | 47 | 32 | 55 | 18 |

Source

Sum of Jan, Sum of Feb, Sum of Mar, Sum of Apr, Sum of May, Sum of Jun, Sum of Jul, Sum of Ago, Sum of Sep, Sum of Oct

[Bar chart showing values by Data Type (ADDED_VALUE, DIRECTIONAL_SURVEY, LWD_DIGITAL, LWD_IMAGES, MUD_DIGITAL, MUD_IMAGES, WL_CH_IMAGES, WL_OH_DIGITAL, WL_OH_IMAGES) with y-axis 0-200. KPI: 10 Business Days reference line.]

Values:
- Sum of Jan
- Sum of Feb
- Sum of Mar
- Sum of Apr
- Sum of May
- Sum of Jun
- Sum of Jul
- Sum of Ago
- Sum of Sep
- Sum of Oct

ACCESS RESTRICTED USDC SDTX       EXHIBIT 5-A       SEPCo PHEIGARU - 000160

| Data Loader | Source | Data Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Ago | Sep | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pheigaru | SHELL | ADDED_VALUE | | | | | | 0 | 7 | 13 | | 12 |
| Pheigaru | PARTNER | ADDED_VALUE | | | | | | 0.5 | 34 | 15.4 | 13.25 | 6 |
| Pheigaru | SHELL | DIRECTIONAL_SURVEY | 11 | 4 | | | | | 12 | 9 | 19 | 2 |
| Pheigaru | PARTNER | DIRECTIONAL_SURVEY | 12 | 204 | | | | | | 17 | | |
| Pheigaru | SHELL | LWD_DIGITAL | 6.5 | | | | | | | | | |
| Pheigaru | PARTNER | LWD_DIGITAL | 6 | | | | | | | | | |
| Pheigaru | SHELL | LWD_IMAGES | 6.5 | | | | 21 | | 8 | 4.5 | 17 | 2 |
| Pheigaru | PARTNER | LWD_IMAGES | 6 | | | | | 1 | | 17 | 19 | 2 |
| Pheigaru | SHELL | MUD_DIGITAL | 11 | 7 | | | | | | | | |
| Pheigaru | PARTNER | MUD_DIGITAL | 2 | 0 | | | | 225 | | | | |
| Pheigaru | SHELL | MUD_IMAGES | 10.5 | 7 | | | | 2 | 0 | | | |
| Pheigaru | PARTNER | MUD_IMAGES | 2 | 0 | | | | 1 | | 9.8 | | 2.67 |
| Pheigaru | SHELL | WL_CH_IMAGES | | | | | | 2 | 20 | 5.5 | 19 | 2 |
| Pheigaru | PARTNER | WL_CH_IMAGES | | | | | | | | | | |
| Pheigaru | SHELL | WL_OH_DIGITAL | 29 | | | | | 190 | | | | |
| Pheigaru | PARTNER | WL_OH_DIGITAL | 7 | | | | | | | | | |
| Pheigaru | SHELL | WL_OH_IMAGES | 29 | | | | | | | | | |
| Pheigaru | PARTNER | WL_OH_IMAGES | 7 | | | | | | | | | |

ACCESS RESTRICTED USDC SDTX

EXHIBIT 5-A

SEPCo PHEIGARU - 000161