# EXHIBIT 5-B

|  |  |  |  |  | IPF Threshold 0.8 | IPF-1 Threshold 0.8 | IPF-2 Threshold 0.9 |  |  |  | Low Performance Flag |  | Selected for Consideration | Average IPF | Number Affected 53 | Percentage of GGDM 20% | 44 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name | Dept. | SP No. | Ref. Ind. | Salary Group | IPF | IPF-1 | IPF-2 | PSP | PSP-1 | PSP-2 |  | Supervisor |  |  |  |  |  |  |
|  | Data Mgt | 139139 | UAX/Y/DC |  | 0.5 | 0.9 |  | N | N | N |  | 1 Huber, Allan | Manage out | 0.7 |  | 0 f | Manage out |
| Pheigaru, Shelly | Data Mgt | 199920 | UAX/Y/DW | 7 | 0.7 | 0.8 | 0.9 | N | N | N |  | 3 Petit, Randy | 1 | 0.8 |  | 1 f |  |
|  | Data Mgt | 220254 | UAX/Y/DW |  | 0.8 | 0.9 |  | N | N |  |  | 1 Petit, Randy | 1 | 0.85 |  | 1 m |  |
|  | Data Mgt | 214311 | UAX/Y/DS |  | 0.9 | 0.8 |  | N | N |  |  | 1 Meek, Jenice |  | 0.85 |  |  | Adjustment issues to Shell. Solid performer, good delivery in 2014, 2015. Keep and continue performance management. |
|  | Data Mgt | 220971 | UAX/Y/DP |  | 0.9 | 0.8 |  | N | N |  |  | 1 Holland, Dave | 1 | 0.85 |  | 1 m |  |
|  | Data Mgt | 216312 | UAX/Y/DC |  | 0.9 | 0.8 |  | N | N |  |  | 1 Huber, Allan | 1 | 0.85 |  |  | Good performer, new hire. Low first quarter as shell staff. |
|  | Data Mgt | 208000 | UAX/Y/DC |  | 0.8 | 1 | 0.9 | N | N | N |  | 2 Huber, Allan | Manage out | 0.9 |  | 0 f | Manage out. Higrade vacance for L.A. Exploration. |
|  | Data Mgt | 10183301 | UAX/Y/DW |  | 0.8 | 0.9 | 1 | N | N | N |  | 1 Petit, Randy | 1 | 0.9 |  | 1 f |  |
|  | Data Mgt | 10831087 | UAX/Y/DW |  | 0.8 | 0.9 | 1 | N | N | N |  | 1 Petit, Randy | 1 | 0.9 |  | 1 f |  |
|  | Data Mgt | 10159497 | UAX/Y/DS |  | 0.9 | 0.9 | 0.9 | N | N | N |  | 1 Meek, Jenice | 1 | 0.9 |  | 1 |  |
|  | Data Mgt | 216845 | UAX/Y/D |  | 0.9 | 0.9 |  | N | N |  |  | 0 Fleischmann, Karl |  | 0.9 |  |  | Critical coverage in Brazil, good performer |
|  | Data Mgt | 209538 | UAX/Y/DW |  | 0.9 | 0.9 | 0.9 | N | N |  |  | 1 Petit, Randy |  | 0.9 |  |  | Good, consistent performer. Remaining PP coverage, potential PDM if needed for redeploiment |
|  | Data Mgt | 108788 | UAX/Y/DT |  | 1 | 0.8 | 0.9 | N | N | N |  | 2 Meith, Robert |  | 0.9 |  |  |  |
|  | Data Mgt | 196024 | UAX/Y/DW |  | 1 | 0.9 | 0.9 | N | N | N |  | 1 Petit, Randy |  | 0.933333 |  |  |  |
|  | Data Mgt | 221403 | UAX/Y/DP |  | 1 | 0.9 |  | N | N |  |  | 0 Holland, Dave |  | 0.95 |  |  |  |
|  | Data Mgt | 218015 | UAX/Y/DC |  | 1.1 | 0.8 |  | N | N |  |  | 1 Huber, Allan |  | 0.95 |  |  | New Hire, solid performer. 0.8 is a 3-month window at end first year. |
| REDACTED | Data Mgt | 133826 | UAX/Y/DS | REDACTED | 0.9 | 1 | 1 | N | N | N |  | 0 Meek, Jenice | 1 | 0.966667 |  | 1 f | Poor fit with deparement. Leaving on Materiatiy leave 11/1/15. Working with SCAN HR to reduce vacancy |
|  | Data Mgt | 83698 | UAX/Y/DT |  | 1 | 1 | 0.9 | N | N | N |  | 1 Fleischmann, Karl | 1 | 0.966667 |  | 1 m | Issues as supervisor. |
|  | Data Mgt | 10770178 | UAX/Y/DP |  | 1 | 0.9 | 1 | N | N | N |  | 0 Fleischmann, Karl |  | 0.966667 |  |  |  |
|  | Data Mgt | 193668 | UAX/Y/DC |  | 1 | 1 | 0.9 | N | N | N |  | 1 Huber, Allan |  | 0.966667 |  |  |  |
|  | Data Mgt | 109776 | UAX/Y/DP |  | 0.9 | 0.9 | 1.1 | N | N | N |  | 0 Holland, Dave |  | 0.966667 |  |  |  |
|  | Data Mgt | 186148 | UAX/Y/DC |  | 0.9 | 1 | 1.1 | N | N | Y |  | 0 Huber, Allan | 1 | 1 |  | 1 f | Consistent behavior problem, erratic delivery. |
|  | Data Mgt | 10830228 | UAX/Y/DS |  | 1 | 1 | 1 | N | N | N |  | 0 Meek, Jenice |  | 1 |  |  |  |
|  | Data Mgt | 208795 | UAX/Y/DP |  | 1 | 1 |  | N | N |  |  | 0 Holland, Dave |  | 1 |  |  |  |
|  | Data Mgt | 103097 | UAX/Y/DT |  | 1.1 | 0.9 | 1 | N | N | N |  | 0 Meith, Robert |  | 1 |  |  |  |
|  | Data Mgt | 206432 | UAX/Y/DC |  | 1.1 | 1 | 0.9 | N | N | N |  | 1 Huber, Allan |  | 1 |  |  |  |
|  | Data Mgt | 135755 | UAX/Y/DC |  | 1.1 | 0.9 | 1 | N | N | N |  | 0 Huber, Allan |  | 1 |  |  |  |
|  | Data Mgt | 10175939 | UAX/Y/DW |  | 0.9 | 1.2 | 1 | N | Y | N |  | 0 Petit, Randy |  | 1.033333 |  |  |  |
|  | Data Mgt | 88517 | UAX/Y/DP |  | 1 | 1.1 | 1 | N | N | N |  | 0 Holland, Dave |  | 1.033333 |  |  |  |
|  | Data Mgt | 196284 | UAX/Y/DC |  | 1 | 1.1 | 1 | N | N | N |  | 0 Huber, Allan |  | 1.033333 |  |  |  |
|  | Data Mgt | 201481 | UAX/Y/DC |  | 1.1 | 1.1 | 0.9 | N | N | N |  | 1 Huber, Allan |  | 1.033333 |  |  |  |
|  | Data Mgt | 174140 | UAX/Y/D |  | 1.2 | 0.9 | 1 | N | N | N |  | 0 Fleischmann, Karl |  | 1.033333 |  |  |  |
|  | Data Mgt | 151513 | UAX/Y/DW |  | 1.1 | 1 | 1.1 | Y | N | N |  | 0 Petit, Randy |  | 1.066667 |  |  |  |
|  | Data Mgt | 195969 | UAX/Y/DW |  | 1.1 | 1.2 | 1 | N | N | N |  | 0 Holland, Dave |  | 1.1 |  |  |  |
|  | Data Mgt | 10830270 | UAX/Y/DT |  | 1.2 | 1.1 | 1 | N | N | N |  | 0 Meith, Robert |  | 1.1 |  |  |  |
|  | Data Mgt | 102001 | UAX/Y/DS |  | 1.3 | 1 | 1 | N | N | N |  | 0 Meek, Jenice |  | 1.1 |  |  |  |
|  | Data Mgt | 200478 | UAX/Y/DS |  | 1.3 | 1 | 1 | N | N | N |  | 0 Meek, Jenice |  | 1.1 |  |  |  |
|  | Data Mgt | 180691 | UAX/Y/DP |  | 1 | 1.2 | 1.1 | N | N | N |  | 0 Holland, Dave |  | 1.1 |  |  |  |
|  | Data Mgt | 139969 | UAX/Y/DC |  | 1.1 | 1.1 | 1.1 | Y | N | N |  | 0 Fleischmann, Karl |  | 1.1 |  |  |  |
|  | Data Mgt | 215437 | UAX/Y/D |  | 1.1 | 1.1 |  | N | N |  |  | 0 Fleischmann, Karl |  | 1.1 |  |  |  |
|  | Data Mgt | 218771 | UAX/Y/DP |  | 1.3 | 0.9 |  | N | N |  |  | 0 Holland, Dave |  | 1.1 |  |  |  |
|  | Data Mgt | 10830539 | UAX/Y/DW |  | 1 | 1.3 | 1.1 | N | N | N |  | 0 Petit, Randy |  | 1.133333 |  |  |  |
|  | Data Mgt | 197124 | UAX/Y/DC |  | 1.2 | 1.1 | 1.1 | N | N | N |  | 0 Huber, Allan |  | 1.133333 |  |  |  |
|  | Data Mgt | 10537204 | UAX/Y/DS |  | 1 | 1.1 | 1.3 | Y | N | N |  | 0 Fleischmann, Karl |  | 1.133333 |  |  |  |
|  | Data Mgt | 190940 | UAX/Y/DC |  | 1.3 | 1.2 | 1 | Y | N | N |  | 0 Huber, Allan |  | 1.166667 |  |  |  |
|  | Data Mgt | 10832275 | UAX/Y/DS |  | 1.2 | 1.3 | 1.1 | N | N | N |  | 0 Fleischmann, Karl |  | 1.2 |  |  |  |
|  | Data Mgt | 10842988 | UAX/Y/DP |  | 1.2 | 1.3 | 1.1 | N | N | N |  | 0 Holland, Dave |  | 1.2 |  |  |  |
|  | Data Mgt | 213111 | UAX/Y/DS |  | 1.2 | 1.2 |  | N | N |  |  | 0 Meek, Jenice |  | 1.2 |  |  |  |
|  | Data Mgt | 124099 | UAX/Y/DW |  | 1.3 | 1.2 | 1.1 | N | N | N |  | 0 Petit, Randy |  | 1.2 |  |  |  |
|  | Data Mgt | 147579 | UAX/Y/DC |  | 1.3 | 1.2 | 1.1 | N | N | N |  | 0 Huber, Allan |  | 1.2 |  |  |  |
|  | Data Mgt | 133211 | UAX/Y/DC |  | 1.3 | 1.3 | 1 | N | N | N |  | 0 Huber, Allan |  | 1.2 |  |  |  |
|  | Data Mgt | 191526 | UAX/Y/DP |  | 1.3 | 1.3 | 1.1 | Y | N | N |  | 0 Holland, Dave |  | 1.233333 |  |  |  |
|  | Data Mgt | 10173239 | UAX/Y/DP |  |  |  |  |  |  |  |  | 0 Huber, Allan |  |  |  |  |  |