IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SHELLY PHEIGARU,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-03228 |
| | § | |
| **SHELL EXPLORATION AND PRODUCTION COMPANY,** | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day came to be heard Defendant's Motion for Summary Judgment. This Court, after considering the motion, any timely filed responses and replies, the pleadings and the arguments of counsel, is of the opinion that Defendant's motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Summary Judgment is hereby GRANTED.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff Shelly Pheigaru's claims are DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SIGNED this _____ day of _____, 2017.

_____
U.S. DISTRICT JUDGE